UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUAN JOSE GARCIA,

       Plaintiff,

v.

                                       Hon. Jane M. Beckering

SPENCER OLSON, et al.,

                                       Case No. 1:23-cv-01085

       Defendants.

_____/

## CONDITIONAL ORDER STRIKING PLEADING OR OTHER PAPER

Juan Jose Garcia #469454 has submitted the following unsigned document, in violation of Fed. R. Civ. P. 11(a):

motion for summary judgment  – ECF No. [47]

This document will be deemed automatically stricken from the record, without the necessity of a further order of court, unless Juan Jose Garcia #469454 files a signature page (attached) within 21 days of the date of this order.

      IT IS SO ORDERED

Date:  June 23, 2026

                                    /s/ Ray Kent
                                    RAY KENT
                                    U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUAN JOSE GARCIA,

     Plaintiff,

v.

SPENCER OLSON, et al.,

     Defendants.

_____/

Hon. Jane M. Beckering

Case No. 1:23-cv-1085

**SIGNATURE PAGE FOR:**

motion for summary judgment – ECF No. [47]

The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

_____

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE AS REQUIRED BY THE ATTACHED ORDER.