UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUAN JOSE GARCIA,

      Plaintiff,

v.

                                                                     Hon. Jane M. Beckering

SPENCER OLSON, et al.,                              Case No. 1:23-cv-1085

      Defendants.

_____/

## CONDITIONAL ORDER STRIKING PLEADING OR OTHER PAPER

Juan Jose Garcia #469454 has submitted the following unsigned document, in violation of Fed. R. Civ. P. 11(a):

brief in support  – ECF No. [48]

This document will be deemed automatically stricken from the record, without the necessity of a further order of court, unless Juan Jose Garcia #469454 files a signature page (attached) within 21 days of the date of this order.

IT IS SO ORDERED

Date:  June 23, 2026

                                              /s/ Ray Kent
                                              RAY KENT
                                              U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUAN JOSE GARCIA,

      Plaintiff,

                                             Hon. Jane M. Beckering

v.

                                             Case No. 1:23-cv-1085

SPENCER OLSON, et al.,

      Defendants.

_____/

**SIGNATURE PAGE FOR:**

brief in support – ECF No. [48]

The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

_____

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE
AS REQUIRED BY THE ATTACHED ORDER.