UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUAN JOSE GARCIA,

Plaintiff,

v.

SPENCER OLSON, et al.,

Defendants.
_______________________________/

Case No. 1:23-cv-1085

HON. JANE M. BECKERING

**OPINION AND ORDER**

Plaintiff, proceeding *in forma pauperis*, filed this prisoner civil rights action pursuant to 42 U.S.C. § 1983. The remaining Defendant, RN M. Barden (named in the Complaint as RN M. Bardan), filed a motion to dismiss on April 10, 2026, seeking to have Plaintiff's deliberate-indifference claim against her dismissed with prejudice under Federal Rule of Civil Procedure 41(b) based on Plaintiff's failure to prosecute his case. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (R&R) on May 22, 2026, recommending that this Court grant the motion. The matter is presently before the Court on Plaintiff's objections to the Report and Recommendation, to which Defendant Barden filed a response. In accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b)(3), the Court has performed de novo consideration of those portions of the Report and Recommendation to which objections have been made. The Court denies the objections and issues this Opinion and Order.

Plaintiff argues that the Magistrate Judge erred in recommending his claim against Defendant Barden be dismissed (Pl. Obj., ECF No. 45 at PageID.219). Plaintiff emphasizes that

he "thought that deposition was only recommended and not obligatory" and he "never at no time knew that 'a plaintiff cannot file a lawsuit in federal court and then refuse to follow procedural rules or rules of discovery" (*id.*).

Plaintiff's argument lacks merit.

As set forth more fully by Defendant Barden in response (ECF No. 46 at PageID.223), her April 10, 2026 motion to dismiss was her second such motion based on Plaintiff's conduct during his deposition. The Magistrate Judge dismissed her first motion to dismiss without prejudice to re-filing (Order, ECF No. 39), indicating that the Court could not adjudicate the motion without a copy of Plaintiff's deposition transcript demonstrating Plaintiff's alleged refusal to participate in the deposition. The Magistrate Judge set April 23, 2026 as the deadline for an "amended motion to dismiss which includes all exhibits" and further ordered that "[i]f [P]laintiff opposes the motion, then he *must* file a responsive brief within 28 days after service of the motion as required by W.D. Mich. LCivR 7.2(c)" (*id.*) (emphasis added).

Plaintiff was clearly on notice that the potential consequence for his conduct was dismissal and clearly on notice of an easily understood deadline to respond to the pending request for dismissal. Nonetheless, Plaintiff, who did not file any response to Defendant Barden's first motion to dismiss, likewise failed to file any response to her April 10, 2026 motion to dismiss. Plaintiff's argument is therefore not supported by the record and concomitantly fails to demonstrate any factual or legal error in the Magistrate Judge's analysis under Rule 41 or his recommendation. *See Graham-Humphreys v. Memphis Brooks Museum of Art, Inc.*, 209 F.3d 552, 561 (6th Cir. 2000) ("[A] willfully unrepresented plaintiff volitionally assumes the risks and accepts the hazards which accompany self-representation."); *McNeil v. United States*, 508 U.S. 106, 113 (1993) (holding that pro se litigants are required to follow the applicable rules in litigating their claims); *Pilgrim v.*

*Littlefield*, 92 F.3d 413, 416 (6th Cir. 1996) ("Where … a pro se litigant fails to comply with an easily understood court-imposed deadline, there is no basis for treating that party more generously than a represented litigant.").

Accordingly, this Court adopts the Magistrate Judge's Report and Recommendation as the Opinion of this Court. Because this Opinion and Order resolves the last pending claim, a Judgment will also be entered. *See* FED. R. CIV. P. 58. This Court declines to certify, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this decision would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211–12 (2007). Therefore:

**IT IS HEREBY ORDERED** that the Objections (ECF No. 45) are DENIED and the Report and Recommendation of the Magistrate Judge (ECF No. 42) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Barden's Motion to Dismiss (ECF No. 40) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's pending motions (ECF Nos. 43 & 47) are DISMISSED as moot.

Dated: August 17, 2026

Jane M. Beckering
JANE M. BECKERING
United States District Judge